People ex rel. Bazile v Toulon (2024 NY Slip Op 02268)

People ex rel. Bazile v Toulon

2024 NY Slip Op 02268

Decided on April 25, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on April 25, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

BETSY BARROS, J.P.
LINDA CHRISTOPHER
BARRY E. WARHIT
CARL J. LANDICINO, JJ.

2024-02746

[*1]The People of the State of New York, ex rel. Pierre Bazile, on behalf of Jerome Davis, petitioner,
v
Errol D. Toulon, Jr., etc. respondent.

Cassar Law Firm, P.C., Huntington, NY (Pierre Bazile pro se of counsel), for petitioner.
Raymond A. Tierney, District Attorney, Riverhead, NY (Michelle Kaszuba of counsel), for respondent.
Writ of habeas corpus in the nature of an application to release Jerome Davis upon his own recognizance or, in the alternative, to set reasonable bail upon Suffolk County Indictment No. 70826/2024.

ADJUDGED that the writ is sustained, without costs or disbursements, and Jerome Davis is released upon his own recognizance on condition that Jerome Davis shall (1) surrender all passports, if any, he may have to the Office of the District Attorney of Suffolk County, or, if he does not possess a passport, he shall provide to the Office of the District Attorney of Suffolk County an affidavit or affirmation, in a form approved by the Office of the District Attorney of Suffolk County, in which he attests that he does not possess a passport, and shall not apply for any new or replacement passports; and (2) provide to the Office of the District Attorney of Suffolk County an affidavit or affirmation, in a form approved by the Office of the District Attorney of Suffolk County, in which he attests that if he leaves the jurisdiction he agrees to waive the right to oppose extradition from any foreign jurisdiction; and it is further,
ORDERED that upon receipt of a copy of this decision, order and judgment together with proof that Jerome Davis has surrendered all passports, if any, he may have to the Office of the District Attorney of Suffolk County, or, if he does not possess a passport, has provided to the Office of the District Attorney of Suffolk County an affidavit or affirmation, in a form approved by the Office of the District Attorney of Suffolk County, in which he attests that he does not possess a passport, and shall not apply for any new or replacement passports, and has provided to the Office of the District Attorney of Suffolk County an affidavit or affirmation, in a form approved by the Office of the District Attorney of Suffolk County, in which he attests that if he leaves the jurisdiction he agrees to waive the right to oppose extradition from any foreign jurisdiction, the Warden of the facility at which Jerome Davis is incarcerated, or his or her agent, is directed to immediately release Jerome Davis from incarceration.
BARROS, J.P., CHRISTOPHER, WARHIT and LANDICINO, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court